

**ORDERED in the Southern District of Florida on July 20, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No. 23-20514-CLC |
| BIRD GLOBAL, INC., *et al*., | Chapter 11 |
| Debtors. | Jointly Administered |
| JOSEPH J. LUZINSKI, as Liquidating Trustee of the Bird Global Liquidating Trust, | Adv. Pro. No. 26-01171-CLC |
| Plaintiff, | |
| v. | |
| ERNST & YOUNG LLP, | |
| Defendant. | |

**ORDER GRANTING AGREED MOTION TO ALLOW COUNSEL TO**
**APPEAR REMOTELY AT THE JULY 23, 2026 HEARING**

Without holding a hearing, the Court considered the matter on the papers submitted for the Agreed Motion to Allow Counsel to Appear Remotely at the July 23, 2026 Hearing (the "Agreed Motion") (Dkt. 18). The Court having reviewed the Agreed Motion, having found good cause exists for the relief requested in the Agreed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED** as follows:

1. The Agreed Motion is **GRANTED** as set forth herein; and

2. Counsel for the Parties are authorized to remotely appear at and participate in the hearing scheduled for July 23, 2026 at 1:30 p.m. E.T.

# # #

Submitted by:

Ian M. Ross (FL Bar No. 091214)
SIDLEY AUSTIN LLP
830 Brickell Plaza
Miami, FL 33131
Tel.: (305) 391-5218
iross@sidley.com

Robert F. Elgidely (FL Bar No. 111856)
FOX ROTHSCHILD LLP
One Biscayne Tower
2 South Biscayne Boulevard - Suite 2750
Miami, FL 33131
Tel.: (305) 442-6543
relgidely@foxrothschild.com

*(Ian M. Ross is directed to serve copies of this Order immediately upon receipt to all interested parties.)*