**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re:<br><br>BIRD GLOBAL, INC., *et al*.,<br><br>                         Debtors. | Case No. 23-20514-CLC<br><br>Chapter 11<br>Jointly Administered |
| JOSEPH J. LUZINSKI, as Liquidating Trustee of the Bird Global Liquidating Trust,<br><br>                         Plaintiff,<br><br>         v.<br><br>ERNST & YOUNG LLP and ERNST & YOUNG US LLP,<br><br>                         Defendants. | Adv. Pro. No. 26-01171-CLC |

**AGREED MOTION TO ESTABLISH BRIEFING SCHEDULE AND SET HEARING ON DEFENDANTS'**
**MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

Plaintiff Joseph J. Luzinski, as Liquidating Trustee of the Bird Global Liquidating Trust ("Plaintiff"), and Defendants Ernst & Young LLP ("EY") and Ernst & Young US LLP ("EY US") (together "Defendants" and collectively with Plaintiff, the "Parties") submit the following Agreed Motion to establish a briefing schedule and set hearing on Defendants' Motion to Compel Arbitration and to Stay Proceedings (the "Motion to Compel Arbitration") as directed by the Court during the July 23, 2026 Scheduling Conference:

1.      Plaintiff filed the Amended Complaint on July 17, 2026.  *See* Dkt. 17.

2.       Defendants intend to file a combined Motion to Compel Arbitration on behalf of EY and EY US.[1]

3.       Plaintiff intends to oppose Defendants' Motion to Compel Arbitration.

4.       As such, the Parties request that the Court cancel the hearing currently scheduled for August 6, 2026, and enter the following briefing schedule:

| Filing | Deadline |
| --- | --- |
| Defendants' Motion to Compel Arbitration | 08/07/2026 |
| Plaintiff's Response to Motion to Compel Arbitration | 08/21/2026 |
| Defendants' Reply in Support of Motion to Compel Arbitration | 09/04/2026 |
| Hearing on Motion to Compel Arbitration | 09/10/2026 at 1:30 p.m. |

WHEREFORE, the Parties respectfully request that the Court grant the Agreed Motion, establish the foregoing briefing schedule and schedule the hearing on Defendants' Motion to Compel Arbitration.

---

[1] Defendants reserve the right to raise other Rule 12(b) arguments in this or future filings.

2

Dated: July 31, 2026                                                      Respectfully submitted,

*/s/ Robert F. Elgidely*                                                 */s/ Ian M. Ross*
Robert F. Elgidely (FL Bar No. 111856)                   Ian M. Ross (FL Bar No. 091214)
relgidely@foxrothschild.com                                  iross@sidley.com
FOX ROTHSCHILD LLP                                          SIDLEY AUSTIN LLP
One Biscayne Tower                                              830 Brickell Plaza
2 South Biscayne Boulevard - Suite 2750               Miami, FL 33131
Miami, FL 33131                                                    Tel.: (305) 391-5100
Tel.: (305) 442-6543                                              Fax: (305) 391-5101
Facsimile: (305) 442-6541

Sidney S. Liebesman (*admitted Pro Hac Vice*)       David A. Gordon (*admitted Pro Hac Vice*)
sliebesman@foxrothschild.com                              dgordon@sidley.com
FOX ROTHSCHILD LLP                                          Abigail B. Molitor (*admitted Pro Hac Vice*)
1201 N. Market Street, Suite 1200                          amolitor@sidley.com
Wilmington, DE 19801                                           SIDLEY AUSTIN LLP
Tel.: (302) 654-7444                                              One South Dearborn
Fax: (302) 656-8920                                              Chicago, IL 60603
                                                                         Tel.: (312) 853-7000
Elizabeth C. Viele (*admitted Pro Hac Vice*)          Fax: (312) 853-7036
eviele@foxrothschild.com
FOX ROTHSCHILD LLP                                          *Counsel for Defendants Ernst & Young LLP*
101 Park Avenue, 17th Floor                                 *and Ernst & Young US LLP*
New York, NY 10178
Tel.: (212) 878-7900
Fax: (212) 692-0940


*Counsel for Plaintiff Joseph J.*
*Luzinski, as Liquidating Trustee*
*of the Bird Global Liquidating Trust*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 31, 2026, the foregoing was filed with the Clerk of Court using CM/ECF, which will send notice of filing to all parties registered to receive electronic notice in this case.

/s/ *Ian M. Ross*
Ian M. Ross